*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:13cr109-001/MCR - GREGORIO MORENO-GONZALEZ*
a/k/a "Gregorio Moreno Gonzalez"
a/k/a "Gregario Moreno Gonzalez"
a/k/a "Gregorio Gonzalez Moreno"

Page 1 of 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**Case # 3:13cr109-001/MCR**

**GREGORIO MORENO-GONZALEZ**
*a/k/a "Gregorio Moreno Gonzalez"*
*a/k/a "Gregario Moreno Gonzalez"*
*a/k/a "Gregorio Gonzalez Moreno"*

**USM # 22756-017**

**Defendant's Attorney:**
**Thomas Keith (AFPD)**
**3 West Garden Street, Suite 200**
**Pensacola, Florida 32502**

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One of the Indictment on January 3, 2014. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count which involves the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| Title 8 U.S.C. § 1326 | Illegal Re-Entry into the United States | October 3, 2013 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
January 17, 2014

M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

Date Signed: January 23rd, 2014

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  
*3:13cr109-001/MCR - GREGORIO MORENO-GONZALEZ*  
a/k/a "Gregorio Moreno Gonzalez"  
a/k/a "Gregario Moreno Gonzalez"  
a/k/a "Gregorio Gonzalez Moreno"

*Page 2 of 3*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **time served since December 4, 2013 and no supervision to follow.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  Page 3 of 3
3:13cr109-001/MCR - GREGORIO MORENO-GONZALEZ
a/k/a "Gregorio Moreno Gonzalez"
a/k/a "Gregario Moreno Gonzalez"
a/k/a "Gregorio Gonzalez Moreno"

# CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| Remitted | Waived | None |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment was remitted under 18 U.S.C. § 3573.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.